1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | NORTHERN CALIFORNIA GLAZIERS,          | Case No.: C09-3546 SI
   | ARCHITECTURAL METAL AND GLASS          |
12 | WORKERS PENSION PLAN, et al.           | **REQUEST TO CONTINUE CASE**
   |                                        | **MANAGEMENT CONFERENCE**
13 |        Plaintiffs,                     | **and [PROPOSED] ORDER THEREON**
   |                                        |
14 | v.                                     | Date:      November 13, 2009
   |                                        |
15 | AMERICA'S GLASS CENTER, INC., et al.,  | Time:      2:30 p.m.
   |                                        |
16 |        Defendants.                     | Ctrm:      10, 19th Floor
   |                                        |
17 |                                        | Judge:     The Honorable Susan Illston

18

19      Plaintiffs herein respectfully request a Continuance of the Case Management Conference

20 currently on calendar for November 13, 2009.

21      1.      As the Court's records will reflect, a Complaint was filed in this matter on August

22 3, 2009 to compel Defendants' compliance with an audit of their payroll records for the period

23 August 1, 2007 through August 31, 2009; service on Defendants was effectuated on August 6

24 2009; and a Proof of Service of Summons was filed with the Court on August 10, 2009.

25      2.      On September 3, 2009, the Court entered the default of both Defendants.

26      3.      Defendants have not complied with numerous requests to provide the necessary

27 documents required to conduct the audit.  I was advised that Defendants further had not provided

28 documents as promised after Plaintiffs' auditors went to Defendants' premises.

                         **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
                                                        **CASE NO.: C09-3546 SI**

4.     Plaintiffs are therefore issuing subpoenas to obtain necessary documents, and are preparing a Motion for Default Judgment.

5.     There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  Accordingly, in the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 13, 2009, be continued for 90 days to allow for the receipt and auditor review of the necessary documents, and the filing of Plaintiffs' Motion thereafter.

6.     In the event that the Court wishes to nevertheless proceed with a Case Management Conference, it is respectfully requested that the Case Management Conference be deferred by one week – to November 20, 2009 – as Plaintiffs' counsel, Muriel B. Kaplan, will be out of town on November 13, 2009.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 5th day of November, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/S/_____
      Muriel B. Kaplan
      Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ Febraury 26, 2010      at  3:00 p.m.                , and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____        _____
                                                        THE HONORABLE SUSAN ILLSTON
                                                        UNITED STATES DISTRICT COURT JUDGE


**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C09-3546 SI**

P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\Complaint to Compel Audit\C09-3546 SI CMC Continuance Request 110509.DOC

1

PROOF OF SERVICE

2    I, the undersigned, declare:

3         I am a citizen of the United States and am employed in the County of San Francisco, State

4    of California.  I am over the age of eighteen and not a party to this action.  My business address is

5    44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6         On November 6, 2009, I served the following document(s):

7    **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
     **and [PROPOSED] ORDER THEREON**

8
     on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of
9
     each document in a sealed envelope with postage thereon fully prepaid, in a United States Post
10
     Office box in San Francisco, California, addressed as follows:
11

12   **America's Glass Center, Inc.**          **Nanette Ujdur Conley Robinson**
     **5050 Pacheco Blvd.**                    **5050 Pacheco Blvd.**
     **Martinez, CA 94533**                    **Martinez, CA 94533**
13

14        I declare under penalty of perjury that the foregoing is true and correct and that this

15   declaration was executed on this 6th day of November, 2009, at San Francisco, California.

16

17                              _____/S/_____
                                        Vanessa de Fábrega
18

19

20

21

22

23

24

25

26

27

28

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C09-3546 SI**

P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\Complaint to Compel Audit\C09-3546 SI CMC Continuance Request 110509.DOC